## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RIVERSIDE TURF FARM, INC. and** | ) | |
| **FRANK B. FLANDERS, individually and** | ) | |
| **on behalf of all others similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO: 2:19-cv-12376-SFC** |
| | ) | |
| **FORD MOTOR COMPANY,** | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Riverside Turf Farm, Inc. and Flank B. Flanders hereby dismiss all their claims in this action without prejudice.

*/s/ Charles Hudson*
CHARLES HUDSON [GA BAR 311081]
**PENN & SEABORN LLC**
1971 Berry Chase Place
Montgomery, Alabama 36117
Charlie@pennandseaborn.com
T: 334-676-1626 / Fax: 334-687-5111

**Dated: October 15, 2020.**